**Order entered October 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00637-CV

**SEMON BONNER, Appellant**

**V.**

**FEDERAL HOME LOAN MORTGAGE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02290-B**

## ORDER

The reporter's record in this appeal has not been filed because appellant has not requested it. By letter dated September 30, 2019, we directed appellant to file, within ten days, written verification she had requested the reporter's record. Although we cautioned appellant that failure to comply could result in the appeal being submitted without the reporter's record, appellant has not complied. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we further **ORDER** appellant to file her brief on the merits no later than November 21, 2019.

/s/    KEN MOLBERG
        JUSTICE